# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158101

2 CROOKED CREEK, LLC,
        Plaintiff/Counterdefendant-
        Appellant,

v

JIM L. FRYE and SHORELINE
DEVELOPMENT CO., INC.,
        Defendants/Counterplaintiffs-
        Appellees.
_____/

SC: 158101
COA: 341274
Cass CC: 16-000392-CZ

      On order of the Court, the application for leave to appeal the June 4, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

a0225